# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

Name of Debtor(s) listed on the bankruptcy case
In re: **miya loss**

CASE NO.: **19-05798**

**DEBTOR CHANGE OF ADDRESS**

1. This change of address is requested by: ☒ Debtor ☐ Joint-Debtor

2. **Old Address:**
   Name(s): ~~5631 W. Colter Ave~~ **miya loss**
   Mailing Address: 5631 W Colter Ave #1050
   City, State, Zip Code: Glendale AZ 85301

3. **New Address:**
   Mailing Address: 5631 W. Colter Ave Apt 1050
   City, State, Zip Code: Glendale AZ 85301

4. ☒ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____
   Joint Debtor's DeBN account number _____

Date: 6/07/19

Requestor's printed name(s): Miya loss

Requestor's signature(s): *[signature]*

Title (if applicable, of corporate officer, partner, or agent):

---

This form has been approved for use by the United States Bankruptcy Court for the District of Arizona.

Sept 2015

CHANGE.OF.ADDRESS